IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CRYSTAL TRAWICK,                            *

                         Plaintiff,         *

v.                                                    Case No.   4:16-CV-380 (CDL)
                                            *

CARMIKE CINEMAS, INC.,
                                            *

                         Defendant.         *
_____     *

## **AMENDED JUDGMENT**

Pursuant to the Order of this Court filed December 19, 2019, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the total amount of $ 1,050,790.91 .  Interest shall accrue at the rate of 1.55% per annum.

This 20th day of December, 2019.

                         David W. Bunt, Clerk


                         s/ Elizabeth S. Long, Deputy Clerk