**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **CRYSTAL TRAWICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action File No.** |
| | ) | **4: 16-CV-380 (CDL)** |
| **v.** | ) | |
| | ) | |
| **CARMIKE CINEMAS, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## SATISFACTION OF JUDGMENT

Plaintiff, Crystal Trawick, by and through her attorney of record, notifies the Court that all sums due under this Court's Amended Judgment [Dkt. 235] entered on December 20, 2020, have been paid in full, and the Clerk of Court is authorized to mark same as "satisfied and cancelled" of record without the necessity of issuance of a *fi.fa*, or in the alternative to mark any *fi.fa.* as "satisfied and cancelled."

/s/ Mary A. Prebula
Mary A. Prebula
Georgia Bar No. 586743
PREBULA & ASSOCIATES LLC
3400 Peachtree Rd NE
Suite 1250, Lenox Tower North
Atlanta, GA 30326
(770) 495-9090
mprebula@prebulallc.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed **SATISFACTION OF JUDGMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        Richard Gerakitis
        Rebecca H. Silk
        Emily Schifter
        TROUTMAN SANDERS LLP
        600 Peachtree Street, N.E.
        Suite 3000
        Atlanta, Georgia 30308-2216
        richard.gerakitis@troutmansanders.com
        rebecca.silk@troutmansanders.com
        emily.schifter@troutman.com

        Thomas F. Gristina
        Page, Scrantom, Sprouse, Tucker & Ford,  P.C.
        Synovus Centre
        1111 Bay Avenue, Third Floor
        Columbus, GA  31901
        TFG@psstf.com

This 12th day of February, 2020.

        /s/ Mary A. Prebula
        Mary A. Prebula
        Georgia Bar No. 586743
        PREBULA & ASSOCIATES LLC
        3400 Peachtree Rd NE
        Suite 1250, Lenox Tower North
        Atlanta, GA 30326
        (770) 495-9090
        mprebula@prebulallc.com