# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **CRYSTAL TRAWICK,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | )   **Civil Action File No.** |
| | )   **4: 16-CV-380 (CDL)** |
|    **v.** | ) |
| | ) |
| **CARMIKE CINEMAS, INC.,** | ) |
| | ) |
| | ) |
|    **Defendant.** | ) |
| | ) |

## SATISFACTION OF JUDGMENT

Plaintiff, Crystal Trawick, by and through her attorney of record, notifies the Court that all sums due under this Court's Amended Judgment [Dkt. 235] entered on December 20, 2019, have been paid in full, and the Clerk of Court is authorized to mark same as "satisfied and cancelled" of record without the necessity of issuance of a *fi.fa*, or in the alternative to mark any *fi.fa.* as "satisfied and cancelled."

/s/ Mary A. Prebula
Mary A. Prebula
Georgia Bar No. 586743
PREBULA & ASSOCIATES LLC
3400 Peachtree Rd NE
Suite 1250, Lenox Tower North
Atlanta, GA 30326
(770) 495-9090
mprebula@prebulallc.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed **SATISFACTION OF JUDGMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Richard Gerakitis
>Rebecca H. Silk
>Emily Schifter
>TROUTMAN SANDERS LLP
>600 Peachtree Street, N.E.
>Suite 3000
>Atlanta, Georgia 30308-2216
>richard.gerakitis@troutmansanders.com
>rebecca.silk@troutmansanders.com
>emily.schifter@troutman.com
>
>Thomas F. Gristina
>Page, Scrantom, Sprouse, Tucker & Ford, P.C.
>Synovus Centre
>1111 Bay Avenue, Third Floor
>Columbus, GA  31901
>TFG@psstf.com

This 12th day of February, 2020.

>/s/ Mary A. Prebula
>Mary A. Prebula
>Georgia Bar No. 586743
>PREBULA & ASSOCIATES LLC
>3400 Peachtree Rd NE
>Suite 1250, Lenox Tower North
>Atlanta, GA 30326
>(770) 495-9090
>mprebula@prebulallc.com